# Supreme Court of Texas

Misc. Docket No. 25-9016

## Transfer of Cases from Courts of Appeals

**ORDERED:**

### I.

Except as otherwise provided by this Order, the first 14 cases filed in the Court of Appeals for the Second Court of Appeals District, Fort Worth, Texas, on or after March 3, 2025, are transferred to the Court of Appeals for the Sixth Court of Appeals District, Texarkana, Texas; the next 25 cases are transferred to the Court of Appeals for the Seventh Court of Appeals District, Amarillo, Texas; and the next 25 cases are transferred to the Court of Appeals for the Eleventh Court of Appeals District, Eastland, Texas.

### II.

Except as otherwise provided by this Order, the first 30 cases filed in the Court of Appeals for the Third Court of Appeals District, Austin, Texas, on or after March 4, 2025, are transferred to the Court of Appeals for the Thirteenth Court of Appeals District, Corpus Christi, Texas.

### III.

Except as otherwise provided by this Order, the first 25 cases filed in the Court of Appeals for the Fourth Court of Appeals District, San Antonio, Texas, on or after March 5, 2025, are transferred to the Court of Appeals for the Eighth Court of Appeals District, El Paso, Texas.

### IV.

Except as otherwise provided by this Order, the first 14 civil cases filed in the Court of Appeals for the Fifth Court of Appeals District, Dallas, Texas, on or after March 6, 2025, are transferred to the Court of Appeals for the Fifteenth Court of Appeals District, Austin, Texas.

## V.

Except as otherwise provided by this Order, the first 14 civil cases filed in the Court of Appeals for the Tenth Court of Appeals District, Waco, Texas, on or after March 7, 2025, are transferred to the Court of Appeals for the Fifteenth Court of Appeals District, Austin, Texas.

## VI.

For purposes of determining the effective date of transfers pursuant to this order, "filed" in a court of appeals means the receipt of notice of appeal by the court of appeals.

In effectuating this Order, companion cases shall either all be transferred, or shall all be retained by the Court in which filed, as determined by the Chief Justice of the transferring Court, provided that cases which are companions to any case filed before the respective operative dates of transfer specified above, shall be retained by the Court in which originally filed. Cases which are companions to a case transferred to another court under a prior order shall also be transferred to the same court. Companion cases are appeals that arise out of the same trial-court proceeding and are not otherwise excluded from transfer under the following paragraph.

It is specifically provided that the cases ordered transferred by this Order shall, in each instance, not include original proceedings; appeals from trial courts and pretrial courts in multidistrict litigation pursuant to Rule 13.9(b) of the Rules of Judicial Administration; appeals in cases involving termination of parental rights; cases that fall within the exclusive jurisdiction of the Fifteenth Court of Appeals District; and those cases that, in the opinion of the Chief Justice of the transferring court, contain extraordinary circumstances or circumstances indicating that emergency action may be required.

The transferring Court of Appeals will make the necessary orders for transfer of the cases as directed hereby and will cause the Clerk of that Court to transfer the appellate record in each case, and certify all orders made, to the court of appeals to which the cases are transferred. When a block of cases is transferred, the transferring court will implement the transfer of the case files in groups not less than once a month. Upon completion of the transfer of the requisite number of cases ordered transferred, the transferring Court shall submit a list of the cases transferred, identified by style and number, to the State Office of Court Administration, and shall immediately notify the parties or their attorneys in the cases transferred of the transfer and the court to which transferred.

The provisions of Misc. Docket Order No. 06-9136 shall apply except Sections 1.02 and 1.03 of that order, which are superseded by the above.

Dated: April 2, 2025.

_____
James D. Blacklock, Chief Justice

_____
Debra H. Lehrmann, Justice

_____
Jeffrey S. Boyd, Justice

_____
John P. Devine, Justice

_____
J. Brett Busby, Justice

_____
Jane N. Bland, Justice

_____
Rebeca A. Huddle, Justice

_____
Evan A. Young, Justice

_____
James P. Sullivan, Justice